116 A.3d 569

IN THE MATTER OF VINCENT JOSEPH GAUGHAN, AN ATTORNEY AT LAW (ATTORNEY NO. 028961990).

July 2, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–227, concluding that **VINCENT JOSEPH GAUGHAN** of **MOUNT HOLLY,** who was admitted to the bar of this State in 1991, should be admonished for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **VINCENT JOSEPH GAUGHAN** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.